No. 89–531.   MOUNTAIN STATES TELEPHONE & TELEGRAPH CO., DBA MOUNTAIN BELL v. DISTRICT COURT, CITY AND

COUNTY OF DENVER, COLORADO, ET AL. Sup. Ct. Colo. Motions of Chevron Corp. and Edison Electric Institute et al. for leave to file briefs as *amici curiae* granted. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of these motions and this petition.